Form 12

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**U.S.A. vs.** Olivia Rose Ross                                  **Docket No.** 3:01CR00257(RNC)

### AMENDED PETITION ON PROBATION AND SUPERVISED RELEASE

2007 MAY -7 P 12: 08

**COMES NOW** Sandra L. Hunt, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Olivia Rose Ross who was sentenced to 5 years' probation for a violation of 18 U.S.C. 371, Conspiracy to Commit Bank Fraud by the Honorable Robert N. Chatigny, Chief U.S. District Judge, sitting in the court at Hartford, Connecticut on May 29, 2002, who fixed the period of probation at 5 years which commenced on May 29, 2002, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1) The defendant shall pay restitution in the amount of $10,725, at a rate of $50 per month with interest waived; 2) The defendant shall provide the Probation Office with access to any requested financial information; 3) The defendant will not open new lines of credit without approval of the Probation Office; 4) The defendant will participate in a program of mental health evaluation, counseling, and treatment under the direction of the Probation Office; and 5) The defendant will participate in a program of substance abuse monitoring, counseling and treatment as directed by the Probation Office. Her probation term is due to expire on May 28, 2007.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following condition of probation:
<u>Mandatory Condition:</u>    "The defendant shall not commit another Federal, state, or local crime."

Ms. Ross was arrested on March 16, 2005, by the Hamden Police Department and charged with Larceny 3rd Degree and Forgery 3rd Degree. The charges relate to $3500 in fraudulent checks allegedly written by the defendant and drawn off a closed account at Peoples Bank in Hamden. The matter remains pending in Meriden Superior Court under Dkt. No. CR05-0227515, with an appearance date of May 17, 2007.

Ms. Ross was arrested on June 5, 2006, by the Wallingford Police Department and charged with Larceny 3rd Degree. The charges relate to the defendant obtaining $3500 from TD Banknorth from the deposit of a fraudulent check drawn off a closed account from another bank. On July 6, 2006, a charge of Failure to Appear 1st Degree was added. The matters remain pending in Meriden Superior Court under Dkt. No. CR06-0234862, with an appearance date of May 17, 2007.

Ms. Ross was arrested on June 5, 2006, by the Orange Police Department and charged with Issuing a Bad Check and Larceny 6th Degree. Ms. Ross was charged after passing a check for $109.13 to an A.C. Moore store which was returned due to insufficient funds. On July 10, 2006, a charge of Failure to Appear 2nd Degree was added. The matters remain pending in Derby Superior Court under Dkt. No. CR06-0131813, with an appearance date of May 21, 2007.

Ms. Ross was arrested on June 5, 2006, by the East Haven Police Department and charged with Issuing a Bad Check and Larceny 6th Degree. Ms. Ross was charged after passing a check for $149.91 to an Ocean State Job Lot store which was drawn off a closed account. The defendant received an unconditional discharge on April 2, 2007, under Dkt. No. CR06-55835.

Based on the above-noted arrests, Ms. Ross was charged with Violation of Probation in regard to a previously imposed state probation term. On April 26, 2007, she was found in violation and the probation period was extended to April 25, 2008, under Dkt. No. CR03-47879 at Milford Superior Court.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Olivia Rose Ross to appear before this court at Hartford, Connecticut on **May 21, 2007 at 10:00 a.m.** to show cause why probation should not be revoked.

| ORDER OF COURT | Sworn to By |
|---|---|
| Considered and ordered this 7TH day of MAY 2007 and ordered filed and made a part of the records in the above case. | *Michael E. Sheehan* (signature)<br>Michael E. Sheehan<br>Supervising U.S. Probation Officer<br><br>Place  Hartford, CT<br><br>Date  5/7/07 |

The Honorable Robert N. Chatigny
Chief United States District Judge

Before me, the Honorable Robert N. Chatigny, Chief U.S. District Judge, on this 7TH day of MAY '07 at Hartford, Connecticut, Supervising U.S. Probation Officer Michael E. Sheehan appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

The Honorable Robert N. Chatigny
Chief United States District Judge